| # United States Bankruptcy Court<br>## Southern District of Ohio Western Division at Dayton | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Midwest Therapy Associates Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Midwest Speech Therapy** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**31-1305705** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3122 Wilmington Pike**<br>**Kettering, OH**<br>ZIP Code **45429** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Montgomery** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ■ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

#### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Midwest Therapy Associates Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)       (Date)</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Midwest Therapy Associates Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Paul H. Spaeth**
Signature of Attorney for Debtor(s)

**Paul H. Spaeth 0010524**
Printed Name of Attorney for Debtor(s)

**Paul H. Spaeth Co., L.P.A.**
Firm Name

**7925 Paragon Rd., Ste. 101**
**Dayton, OH 45459**

_____
Address

**Email: spaethlaw@phslaw.com**
**(937) 223-1655  Fax: (937) 223-1656**
Telephone Number

**May 24, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Jeffrey T. Joyner**
Signature of Authorized Individual

**Jeffrey T. Joyner**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 24, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Southern District of Ohio Western Division at Dayton

In re __Midwest Therapy Associates Inc.__

Debtor(s)

Case No. _____

Chapter __7__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................................... $ __5,000.00__

   Prior to the filing of this statement I have received ............................................. $ __5,000.00__

   Balance Due ............................................................................................................ $ __0.00__

2. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):    **Jeffrey T. Joyner**

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):    **(If any additional fees should be owed for post-petition services)**

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Review of bankruptcy options and financial situation, preparation of bankruptcy schedules, negotiations with secured creditors to reduce to market value; preparation
      and filing of reaffirmation agreements and applications as needed, representation of debtors at meeting of creditors, responses to requests for information for the Trustee, routine telephone calls.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in adversary proceedings, including, but not limited to dischargeability actions, contested matters such as lien avoidance actions or other adversary proceedings affecting Debtors and contested matters such as motions for relief from stay, Bankruptcy Rule 2004 examinations, motions for redemption. Specifically, the fee for representation of Debtors in any such matters is $275.00 per hour plus reimbursement of expenses.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: __May 24, 2011__

/s/ Paul H. Spaeth
**Paul H. Spaeth
Paul H. Spaeth Co., L.P.A.
7925 Paragon Rd., Ste. 101
Dayton, OH 45459
(937) 223-1655   Fax: (937) 223-1656
spaethlaw@phslaw.com**

---

# United States Bankruptcy Court
## Southern District of Ohio Western Division at Dayton

In re    **Midwest Therapy Associates Inc.** _____ ,    Case No. _____

Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 11 | 290,580.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 693,889.39 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 10 | | 137,539.25 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 657,168.98 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 44 | | | |
| Total Assets | | | 290,580.00 | | |
| Total Liabilities | | | | 1,488,597.62 | |

# United States Bankruptcy Court
## Southern District of Ohio Western Division at Dayton

In re    **Midwest Therapy Associates Inc.**                    ,     Case No. _____

                                Debtor

                                       Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re **Midwest Therapy Associates Inc.** , Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

(Report also on Summary of Schedules)

__0__ continuation sheets attached to the Schedule of Real Property

In re   **Midwest Therapy Associates Inc.**            ,     Case No. _____

                                                       Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on hand** | - | **0.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Huntington Bank business operating account (funds set off by bank)** | - | **0.00** |
| | | | **Huntington Payroll account** | - | **0.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit - lease on bus. premises** | - | **4,000.00** |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **4,000.00** |
| (Total of this page) | |

  **3**   continuation sheets attached to the Schedule of Personal Property

In re **Midwest Therapy Associates Inc.**        Case No. _____

,
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **SEP IRA (Amerprise)--IRA for employees** | **-** | **0.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable (subject to lien of Huntington National Bank) (about 35% collectible) (Debtor is holding A/R checks totaling $17,841.19)** | **-** | **158,240.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >     **158,240.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re   **Midwest Therapy Associates Inc.**                   ,      Case No. _____

                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Patient Records (stored in secure warehouse at 1010 N. Fourth St., Dayton, OH)** | - | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office equipment ($21,100.00); Furniture and fixtures ($15,487.00); Therapy supplies, toys and office supplies ($3,000.00)** | - | 39,587.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Audiology equipment ($30,179.00), Therapy Equipment ($58,574.00),** | - | 88,753.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

                                                            Sub-Total >         **128,340.00**

                                          (Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

In re    **Midwest Therapy Associates Inc.**                ,      Case No. _____

                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **Leased equipment** | - | **0.00** |

| | |
|---|---|
| Sub-Total > (Total of this page) | **0.00** |
| Total > | **290,580.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

**Receivables (checks not cashed)**

| Payer | Date of Check | Amount |
|---|---|---|
| Allegiance Benefit Plan | 2/8/2011 | $81.00 |
| American Nsg. Care | 2/8/2011 | $225.00 |
| American Nsg. Care | 3/11/2011 | $990.00 |
| Bankers's Life | 3/3/2011 | $301.82 |
| BC/BS of Ala. | 2/16/2011 | $2,975.00 |
| Benefit Services | 2/19/2011 | $237.75 |
| Blackstone | 2/28/2011 | $58.41 |
| CareSource | 2/8/2011 | $53.28 |
| CareSource | 2/25/2011 | $95.25 |
| CareSource | 2/6/2011 | $800.00 |
| CareSource | 2/18/2011 | $150.00 |
| CareSource | 2/4/2011 | $72.51 |
| CareSource | 1/30/2011 | $49.12 |
| CareSource | 2/1/2011 | $218.00 |
| CareSource | 2/23/2011 | $390.00 |
| CareSource | 2/2/2011 | $600.00 |
| CareSource | 2/10/2011 | $1,835.00 |
| Cinn. Home Care | 1/28/2011 | $420.00 |
| Cinn. Home Care | 1/28/2011 | $75.00 |
| Connections Academy | 2/17/2011 | $155.66 |
| Continental Home Health | 2/12/2011 | $58.00 |
| CSMG Benefit Account | 2/12/2011 | $403.02 |
| Horizon Home Health | 2/12/2011 | $70.48 |
| Interim Health Care | 1/31/2011 | $10.26 |
| Interim Health Care | 2/3/2011 | $242.50 |
| Jeffrey Baumgardner | 1/31/2011 | $66.46 |
| Jeffrey Gensheimer | 1/28/2011 | $77.20 |
| Medicaid | 1/29/2011 | $422.35 |
| Medical Mutual | 1/29/2011 | $32.88 |
| Medicare | 1/29/2011 | $1,276.48 |
| Molina Healthcare | 2/4/2011 | $925.00 |
| Molina Healthcare | 2/14/2011 | $200.51 |
| Mont. Cty. Auditor | 2/5/2011 | $45.36 |
| Mont. Cty. Auditor | 2/5/2011 | $201.66 |
| Mont. Cty. Auditor | 2/5/2011 | $101.64 |
| ODJFS | 2/4/2011 | $158.88 |
| ODJFS | 1/28/2011 | $233.86 |
| ODJFS | 2/11/2011 | $510.00 |
| Physician Hosp. Alliance | 2/8/2011 | $316.72 |
| PSI Affiliates | 2/17/2011 | $40.50 |

| | | |
|---|---|---|
| **Ryan Innis** | **2/3/2011** | **$794.09** |
| Serenity Home Health | 2/17/2011 | $1,250.00 |
| **TriCare** | **2/12/2011** | **$112.30** |
| **TriCare** | **2/16/2011** | **$59.77** |
| **United Healthcare** | **4/1/2011** | **$3.72** |
| Visiting Nurse Assoc. | 3/17/2011 | $409.92 |

$17,806.36

*Jim Childers* 3-3-11 31.57

*Medicare* 4-5-11 3.26

$17,841.19

**Assets**

| | |
|---|---|
| Furniture and fixtures | $15,487.00 |
| Audiology Equipment | $30,179.00 |
| Therapy Equipment | $58,574.00 |
| Office Equipment | $21,100.00 |
| Misc - therapy supplies, toys and office supplies | $3,000.00 |
| No Inventory | $0.00 |
| | $128,340.00 |

**Furniture and fixtures**

| | | |
|---|---:|---:|
| 2 5' x 3' metal storage unit | $200.00 | $400.00 |
| 1 3' foot bookcase | $150.00 | $150.00 |
| 5 1 drawer desk | $120.00 | $600.00 |
| 25 cloth office chair | $59.00 | $1,475.00 |
| 2 manager chairs | $149.00 | $298.00 |
| 4 therapy table | $350.00 | $1,400.00 |
| 7 basic chair - no arms | $59.00 | $413.00 |
| 5 6' metal storage cabinet | $399.00 | $1,995.00 |
| 1 4 sided paper rounder | $399.00 | $399.00 |
| 3 2 drawer file cabinet | $239.00 | $987.00 |
| 2 4 drawer file cabinet | $239.00 | $478.00 |
| 2 4 drawer lateral file cabinet | $695.00 | $1,390.00 |
| 2 3 drawer file cabinets on casters | $279.00 | $558.00 |
| 3 L shaped desk unit | $450.00 | $1,350.00 |
| 3 leather desk chair | $149.00 | $447.00 |
| 1 Haier Welbit small frig | $69.00 | $69.00 |
| 1 computer desk | $200.00 | $200.00 |
| 2 leather stool with casters | $240.00 | $480.00 |
| 1 Kenmore 3' high freezer | $135.00 | $135.00 |
| 1 9' x 4' conference table | $595.00 | $595.00 |
| 3 25" televisions | $200.00 | $300.00 |
| 10 vinyl stacking chairs | $49.00 | $490.00 |
| 2 cherry desk unit | $439.00 | $878.00 |

$15,487.00

**Audiology Equipment**

| | | |
|---|---|---|
| 1 | sound | $14,730.00 |
| 1 | boot door | $450.00 |
| 1 | Fonix FA-10 Audiometer | $3,575.00 |
| 1 | Tympanometer GS 139 | $4,150.00 |
| 1 | OEA Equipment | $5,145.00 |
| 1 | Beltone Audiometer | $1,329.00 |
| 1 | otoscope | $300.00 |
| 1 | grinding wheel | $500.00 |

$30,179.00

| | |
|---|---:|
| 1 therapeutic stair unit | $1,300.00 |
| 1 5 x 7 mat table | $549.00 |
| 1 Tumble Forms balance beam | $425.00 |
| 1 Midland Vari-Trac II Traction Unit | $6,895.00 |
| 1 Chattanooga Grp Legend XT E-Stim unit | $3,375.00 |
| 1 Chattanooga Grp Intelect Legend Ultra Sound | $1,300.00 |
| 1 2' by 6' treatment table | $490.00 |
| 1 Chattanooga Group Intelllect Legend e-stim/ulta snd unit | $4,625.00 |
| 1 Sonicator 740 e-stim unit | $1,395.00 |
| 1 Excel Ultra III Therapeutic Ultrasound center | $1,375.00 |
| 1 weight sled with weights | $1,256.00 |
| 1 16 piece cold pack set | $355.00 |
| 1 SSciFit Pro 1000 arm machine | $3,433.00 |
| 1 4 sided weight rack with mirror | $19,950.00 |
| 1 Life Fitness X3 Eliptical Machine | $2,115.00 |
| 1 ProForm J6si treadmill with power incline | $1,200.00 |
| 1 Life Cycle 8500 recumbent bike | $1,699.00 |
| 1 Tropic Heater hydrocollater model 3539 | $1,595.00 |
| 1 Life Fitness Strength weight unit | $2,299.00 |
| 1 9' parallel bar unit | $1,795.00 |
| 1 5'x 7' mat table | $549.00 |
| 1 Life Fitness leg press machine | $599.00 |
| | $58,574.00 |

**Office Equipment**

| | |
|---|---:|
| 3 Dell Optiflex 320 computer | 3600 |
| 2 Compaq Preserio SR5710F Computer | 1000 |
| 1 Ameritech Nortel phone system | 5000 |
| 1 Microsoft Windows server | 11500 |

$21,100.00

B6D (Official Form 6D) (12/07)

In re   **Midwest Therapy Associates Inc.**        ,    Case No. _____

                                       Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**A-Abel**<br>**440 Congress Park Drive**<br>**Dayton, OH 45429** | | - | Rent on leased premises<br><br>Value $    0.00 | | | | 102,500.00 | 102,500.00 |
| Account No.<br><br>**FIRST DATA GLOBAL LEASING**<br>**PO Box 173856**<br>**Denver, CO 80217** | | - | Lease<br><br>Value $    0.00 | | | | 55.57 | 55.57 |
| Account No. 8001089672<br><br>**Huntington National Bank**<br>**PO Box 182232**<br>**NC1W32**<br>**Columbus, OH 43229** | X | - | 6/30/09<br><br>Lien<br><br>Lien on inventory, equipment, accounts receivable, deposit accts, general intangibles<br>Value $    128,340.00 | | | | 273,241.55 | 144,901.55 |
| Account No.<br><br>**Huntington National Bank**<br>**Attn: Bankruptcy Dept**<br>**PO Box 89424**<br>**Cleveland, OH 44101** | | - | NOTICE ONLY<br><br>Value $    0.00 | | | | 0.00 | 0.00 |

  **3**  continuation sheets attached

Subtotal
(Total of this page)    **375,797.12**    **247,457.12**

In re  **Midwest Therapy Associates Inc.**         ,     Case No. _____
                                 Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **523371-2047479** <br><br> **IKON Financial Services** <br> **PO Box 9115** <br> **Macon, GA 31208-9115** | - | | Lease <br><br><br><br> Value $      **0.00** | | | | **233.11** | **233.11** |
| Account No. <br><br> **INTERNAL REVENUE SERVICE** <br> **Insolvencies** <br> **PO Box 7346** <br> **Philadelphia, PA 19101** | | | **9/30/08** <br><br> **Tax lien** <br><br> **Federal Tax lien (941), filed 4/24/09** <br><br> Value $      **0.00** | | | | **59,957.00** | **59,957.00** |
| Account No. <br><br> **INTERNAL REVENUE SERVICE** <br> **Insolvencies** <br> **PO Box 7346** <br> **Philadelphia, PA 19101** | | | **3/31/08, 6/30/08** <br><br> **Tax lien** <br><br> **Federal tax lien (941), filed 10/31/08** <br><br> Value $      **0.00** | | | | **129,688.00** | **129,688.00** |
| Account No. <br><br> **INTERNAL REVENUE SERVICE** <br> **Insolvencies** <br> **PO Box 7346** <br> **Philadelphia, PA 19101** | | | **9/30/09, 9/30/10** <br><br> **tax lien** <br><br> **Federal tax lien (941), filed on 1/19/11** <br><br> Value $      **0.00** | | | | **29,378.00** | **29,378.00** |
| Account No. <br><br> **INTERNAL REVENUE SERVICE** <br> **Insolvencies** <br> **PO Box 7346** <br> **Philadelphia, PA 19101** | | | **12/09, 3/31/10, 6/30/10** <br><br> **tax lien** <br><br> **Federal tax lien (941)** <br><br> Value $      **0.00** | | | | **81,712.00** | **81,712.00** |

Sheet **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                               Subtotal       **300,968.11**       **300,968.11**
                       (Total of this page)

In re **Midwest Therapy Associates Inc.** ,     Case No. _____

                                  Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **940 tax** | | | | | |
| **INTERNAL REVENUE SERVICE Insolvencies PO Box 7346 Philadelphia, PA 19101** | - | | | | | | | |
| | | | Value $      **0.00** | | | | **Unknown** | **Unknown** |
| Account No. | | | **NOTICE ONLY** | | | | | |
| **Internal Revenue Service PO Box 21126 Philadelphia, PA 19114** | - | | | | | | | |
| | | | Value $      **0.00** | | | | **0.00** | **0.00** |
| Account No. | | | **NOTICE ONLY (representing Huntington National Bank)** | | | | | |
| **John P. Clemons, Esq. Weltman Weinberg & Reis 525 Vine St. #800 Cincinnati, OH 45202** | - | | | | | | | |
| | | | Value $      **0.00** | | | | **0.00** | **0.00** |
| Account No. **8000-9090-0107-2888** | | | **Lease-postage meter** | | | | | |
| **Pitney Bowes Purchase Power PO Box 5135 Shelton, CT 06484-7135** | - | | | | | | | |
| | | | Value $      **0.00** | | | | **545.59** | **545.59** |
| Account No. | | | **Lease** **Lease on audiology equipment** | | | | | |
| **TCF Equipment Finance 11100 Wayzata Blvd. Suite 801 Hopkins, MN 55305** | - | | | | | | | |
| | | | Value $      **0.00** | | | | **169.85** | **169.85** |

Sheet **2** of **3** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)      **715.44**      **715.44**

In re  **Midwest Therapy Associates Inc.** _____ ,  Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **921926** <br><br> **US Bank Office Equipment Finance** <br> **1310 Madrid Street** <br> **Suite 1** <br> **Marshall, MN 56258** | - | | **Equipment Lease (copier/scanner)** <br><br><br> Value $      **0.00** | | | | **16,408.72** | **16,408.72** |
| Account No. <br><br><br> | | | <br><br> Value $ | | | | | |
| Account No. <br><br><br> | | | <br><br> Value $ | | | | | |
| Account No. <br><br><br> | | | <br><br> Value $ | | | | | |
| Account No. <br><br><br> | | | <br><br> Value $ | | | | | |

Sheet  **3** ___ of  **3** ____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal <br> (Total of this page) | **16,408.72** | **16,408.72** |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | **693,889.39** | **565,549.39** |

B6E (Official Form 6E) (4/10)

In re  **Midwest Therapy Associates Inc.** ,  Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____9_____ continuation sheets attached

In re   **Midwest Therapy Associates Inc.**                                      ,      Case No. _____

_____
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Greene County Common Pleas Court 45 N Detroit St. Xenia, OH 45385 | - | | Wage garnishment for employee Roy Boots | | | | 171.39 | 0.00 | 171.39 |
| Account No. Ohio Child Support Central PO Box 182372 Columbus, OH 43218 | - | | Child support payment owed for employee Chun Chu | | | | 89.82 | 0.00 | 89.82 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

|  | 0.00 |  |
|---|---|---|
| 261.21 | | 261.21 |

In re **Midwest Therapy Associates Inc.** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Employee wage & benefit claim | | | | | | |
| Angela Wilson 197 Lowell Rd. Xenia, OH 45385 | | - | | | | | 115.89 | 0.00 | 115.89 |
| Account No. | | | Employee wage & benefit claim | | | | | | |
| Chun Chu 2057 Grice Lane Kettering, OH 45429 | | - | | | | | 979.49 | 0.00 | 979.49 |
| Account No. | | | Employee wage & benefit claim | | | | | | |
| Douglas Clark 431 Coronado Trl Enon, OH 45323 | | - | | | | | 118.08 | 0.00 | 118.08 |
| Account No. | | | Employee wage & benefit claim (includes SEP contributions owed of $2,200.00) | | | | | | |
| James Pritt 2040 Broken Trail Springfield, OH 45502 | | - | | | | | 2,530.29 | 0.00 | 2,530.29 |
| Account No. | | | Employee wage & benefit claim | | | | | | |
| Jeffrey T. Joyner 3171 Spillway Ct. Bellbrook, OH 45305 | | - | | | | | 1,475.31 | 0.00 | 1,475.31 |

Sheet __2__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 5,219.06 | 5,219.06 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re  **Midwest Therapy Associates Inc.**                                    ,     Case No. _____
                                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Jessica Buchanan <br> 8740 Castlecreek Dr. <br> Centerville, OH 45458 | - | | Employee wage & benefit claim | | | | 151.57 | 0.00 | 151.57 |
| Account No. <br><br> Jessica Lee <br> 1650 Brownleigh Rd. <br> Kettering, OH 45429 | - | | Employee wage & benefit claim (includes SEP contrib owed by co. of $850.00) | | | | 2,456.14 | 0.00 | 2,456.14 |
| Account No. <br><br> John Pearson <br> 95 Bishopsbate Dr. <br> #114 <br> Cincinnati, OH 45246 | - | | Employee wage & benefit claim | | | | 287.30 | 0.00 | 287.30 |
| Account No. <br><br> Joy King <br> 4285 Amston Dr. <br> Dayton, OH 45424 | - | | Employee wage & benefit claim | | | | 932.86 | 0.00 | 932.86 |
| Account No. <br><br> Judith Baker <br> 6307 Kingsbury Dr. <br> Huber Heights, OH 45424 | - | | Employee wage & benefit claim | | | | 82.31 | 0.00 | 82.31 |

Sheet __3__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

|  | | |
|---|---|---|
| | 0.00 | |
| 3,910.18 | | 3,910.18 |

In re  **Midwest Therapy Associates Inc.**                          ,  Case No. _____

                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Karen Clark**<br>**727 Greenlawn Ave.**<br>**Dayton, OH 45403** | | - | Employee wage & benefit claim | | | | 252.71 | 0.00 | 252.71 |
| Account No.<br><br>**Katie Dix Evans**<br>**306 Galewood Drive**<br>**New Carlisle, OH 45344** | | - | Employee wage & benefit claim | | | | 56.32 | 0.00 | 56.32 |
| Account No.<br><br>**Manya Greene**<br>**PO Box 292340**<br>**Kettering, OH 45429** | | - | Employee wage & benefit claim | | | | 1,870.77 | 0.00 | 1,870.77 |
| Account No.<br><br>**Marc Seitz**<br>**233 Napoleon Dr.**<br>**Kettering, OH 45429** | | - | Employee wage & benefit claim | | | | 653.99 | 0.00 | 653.99 |
| Account No.<br><br>**Olivia Ruef**<br>**4385 Wehner Dr.**<br>**Kettering, OH 45429** | | - | Employee wage & benefit claim | | | | 325.76 | 0.00 | 325.76 |

Sheet __4__ of __9__ continuation sheets attached to        Subtotal                    | 0.00
Schedule of Creditors Holding Unsecured Priority Claims       (Total of this page)   3,159.55 | 3,159.55

In re   **Midwest Therapy Associates Inc.**                              ,   Case No. _____

                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.<br><br>**Patricia Wunder**<br>**4532 Renwood Dr.**<br>**Kettering, OH 45429** | - | | | Employee wage & benefit claim | | | | 1,252.73 | 0.00<br><br>1,252.73 |
| Account No.<br><br>**Rebecca Florkey**<br>**375 N. Third St.**<br>**Fairborn, OH 45324** | - | | | Employee wage & benefit claim | | | | 864.03 | 0.00<br><br>864.03 |
| Account No.<br><br>**Roy Boots**<br>**2072 Richfield Dr.**<br>**Kettering, OH 45420** | - | | | Employee wage & benefit claim | | | | 523.19 | 0.00<br><br>523.19 |
| Account No.<br><br>**Sara Stump**<br>**4400 Airway Rd.**<br>**Riverside, OH 45431** | - | | | Employee wage & benefit claim | | | | 1,405.75 | 0.00<br><br>1,405.75 |
| Account No.<br><br>**Tanya Sheel**<br>**2320 Foxhill Dr. 2A**<br>**Miamisburg, OH 45342** | - | | | Employee wage & benefit claim | | | | 847.91 | 0.00<br><br>847.91 |

Sheet __5__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 4,893.61 | 4,893.61 |

In re  **Midwest Therapy Associates Inc.**                    ,        Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Includes SEP contribution owed of $937.69 | | | | | |
| **Paula Maloney** **4202 Country Glen Circle** **Beavercreek, OH 45432** | - | | | | | | | | 0.00 |
| | | | | | | | | 952.53 | 952.53 |
| Account No. | | | | NOTICE ONLY | | | | | |
| **State of Ohio, Dept of Commerce** **Bureau of Labor & Worker Safety** **PO Box 4009** **6606 Tussing Rd.** **Reynoldsburg, OH 43068-9009** | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __6__ of __9__ continuation sheets attached to        Subtotal        0.00
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)    952.53    952.53

In re  **Midwest Therapy Associates Inc.**  ,  Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | | | |
| City of Centerville Tax Department 100 W. Spring Valley Centerville, OH 45458 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | NOTICE ONLY | | | | | | |
| City of Fairborn 44 W. Hebble Ave Fairborn, OH 45324 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Taxes | | | | | | |
| City of Kettering Department of Taxation 3600 Shroyer Road Kettering, OH 45429 | - | | | | | | 5,885.00 | 0.00 | 5,885.00 |
| Account No. | | | NOTICE ONLY | | | | | | |
| City of Valley View 6848 Hathaway Rd. Valley View, OH 44125 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | NOTICE ONLY | | | | | | |
| CITY OF XENIA DEPT OF INCOME TAXATION 101 N DETROIT STREET XENIA, OH 45385 | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet  **7**  of  **9**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| | 0.00 | |
| 5,885.00 | | 5,885.00 |

In re __Midwest Therapy Associates Inc._____ ,    Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **INTERNAL REVENUE SERVICE Insolvencies PO Box 7346 Philadelphia, PA 19101** | - | | Proposed penalties for 12/09, 3/10, 6/10, 9/10 | | | | 86,346.36 | 86,346.36 | 0.00 |
| Account No. **OHIO ATTORNEY GENERAL COLLECTIONS ENFORCEMT SECTION ATTN: BANKRUPTCY UNIT 150 E. GAY ST., 21st FLOOR COLUMBUS, OH 43215** | - | | NOTICE ONLY | | | | 0.00 | 0.00 | 0.00 |
| Account No. **Ohio Bureau of Workers' Compensation Attn: Law Section Bankruptcy Unit PO Box 15567 Columbus, OH 43215-0567** | - | | Workers' Compensation Premiums | | | | 2,697.00 | 0.00 | 2,697.00 |
| Account No. **OHIO DEPARTMENT OF TAXATION ATTN: BANKRUPTCY DIVISION PO BOX 530 Columbus, OH 43216-0530** | - | | Tax for 9/09- 7/15/10 | | | | 20,491.63 | 0.00 | 20,491.63 |
| Account No. **Ohio Dept of Job & Family Services Collections Section PO Box 182404 Columbus, OH 43218-2404** | - | | NOTICE ONLY | | | | 0.00 | 0.00 | 0.00 |

Sheet __8__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | | 86,346.36 |
|---|---|---|---|
| | (Total of this page) | 109,534.99 | 23,188.63 |

In re  **Midwest Therapy Associates Inc.**                                    ,     Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Ohio Dept. of Job and Family Services 30 E. Broad St. 32nd Floor Columbus, OH 43215 | - | | | | | | 3,723.12 | 0.00 | 3,723.12 |
| Account No. | | | NOTICE ONLY | | | | | | |
| US ATTORNEY 602 FEDERAL BUILDING 200 WEST SECOND STREET Dayton, OH 45402 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | NOTICE ONLY | | | | | | |
| US ATTORNEY GENERAL MAIN JUSTICE BLDG RM 5111 10TH & CONSTITUTION AVE NW WASHINGTON, DC 20530 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  **9**  of  **9**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 3,723.12 | 0.00 3,723.12 |
|---|---|---|---|
| | Total | 137,539.25 | 86,346.36 |
| | (Report on Summary of Schedules) | | 51,192.89 |

In re __Midwest Therapy Associates Inc._____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 92762<br><br>A-Abel Exterminating<br>440 Congress Park Drive<br>Dayton, OH 45459 | - | | Services | | | | 125.96 |
| Account No. 5584-1897-0136-4444<br><br>Advanta<br>Advanta Bank Corp<br>PO Box 8088<br>Philadelphia, PA 19101-8088 | X - | | Charge account | | | | 4,274.44 |
| Account No. 3-0260-0030245<br><br>Allied Waste<br>1577 West River Road<br>Dayton, OH 45418 | - | | Services | | | | 225.07 |
| Account No.<br><br>Allied Waste Services #260<br>PO Box 9001099<br>Louisville, KY 40290 | - | | NOTICE ONLY | | | | 0.00 |

__14__ continuation sheets attached

Subtotal
(Total of this page)          4,625.47

In re **Midwest Therapy Associates Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **3712 734988 31001** <br><br> **American Express** <br> **PO Box 650448** <br> **Dallas, TX 75265-0448** | X | - | | | Charge account | | | | 3,541.48 |
| Account No. <br><br> **American General Life Companies** <br> **PO Box 4373** <br> **Houston, TX 77210** | | - | | | | | | | 938.10 |
| Account No. **H3522** <br><br> **American Hearing Aid Associates** <br> **225 Wilmington-West Chester Pike** <br> **Suite 300** <br> **Chadds Ford, PA 19317** | | - | | | | | | | 1,107.50 |
| Account No. **00032358-0000** <br><br> **Anthem Life** <br> **Department L-8111** <br> **Columbus, OH 43268-8111** | | - | | | | | | | 114.00 |
| Account No. **4000097862-00800** <br><br> **AT&T Advertising Solutions** <br> **PO Box 8112** <br> **Aurora, IL 60507-8112** | | - | | | Advertising | | | | 554.21 |

Sheet no. __1___ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **6,255.29**

In re **Midwest Therapy Associates Inc.** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. **4000097862-0000** | | | | | | Advertising | | | | |
| **AT&T Advertising Solutions PO Box 8112 Aurora, IL 60507-8112** | - | | | | | | | | | 2,436.64 |
| Account No. **4000097862** | | | | | | NOTICE ONLY | | | | |
| **AT&T Advertising Solutions PO Box 500452 Saint Louis, MO 63150** | - | | | | | | | | | 0.00 |
| Account No. | | | | | | Services | | | | |
| **Avizent Frank Gates Services Company 5000 Bradenton Avenue Dublin, OH 43017** | - | | | | | | | | | 334.95 |
| Account No. **5490-3536-8399-9196** | | | | | | Charge account | | | | |
| **B of A World Points PO Box 15026 Wilmington, DE 19850-5026** | X - | | | | | | | | | 16,502.84 |
| Account No. **5474-9796-2620-8731** | | | | | | Charge account | | | | |
| **B of A World Points Business Card PO Box 15710 Wilmington, DE 19886-5710** | X - | | | | | | | | | 24,581.38 |

Sheet no. __2__ of __14__ sheets attached to Schedule of  Subtotal
Creditors Holding Unsecured Nonpriority Claims  (Total of this page)   43,855.81

In re  **Midwest Therapy Associates Inc.**                                        ,          Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **749 23014 8762 09**<br><br>**B of A World Points<br>PO Box 15019<br>Wilmington, DE 19886-5019** | - | | Charge account | | | | 33,562.23 |
| Account No. **749 23014 1235 78**<br><br>**B of A World Points<br>PO Box 15019<br>Wilmington, DE 19886-5019** | - | | Charge account | | | | 9,246.62 |
| Account No. **6209**<br><br>**BANK OF AMERICA<br>PO BOX 5270<br>CAROL STREAM, IL 60197-5270** | - | | | | | | 4,095.00 |
| Account No. **3578**<br><br>**BANK OF AMERICA<br>PO BOX 5270<br>CAROL STREAM, IL 60197-5270** | - | | | | | | 9,595.53 |
| Account No.<br><br>**Benjamin and Elizabeth Joyner<br>1099 Lockwood Rd.<br>Barberton, OH 44203** | - | | Loans to business | | | | 50,000.00 |

Sheet no. __3__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          106,499.38

In re __Midwest Therapy Associates Inc._____,     Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. 6035320045693353 | | | | | Charge account | | | | |
| Capital Management Services LP for Home Depot 726 Exchange St., Suite 700 Buffalo, NY 14210 | - | | | | | | | | 369.58 |
| Account No. 4802-1326-0128-2869 | | | | | Charge account | | | | |
| Capital One Capital One Bank PO Box 60599 City of Industry, CA 91716-0599 | X | - | | | | | | | 15,122.31 |
| Account No. 4246-3151-2494-7183 | | | | | Charge account | | | | |
| Chase PO Box 15298 Wilmington, DE 19850-5296 | X | - | | | | | | | 5,595.36 |
| Account No. 4246-3151-3184-6097 | | | | | Charge account | | | | |
| Chase Cardmember Services PO Box 15153 Wilmington, DE 19886-5153 | X | - | | | | | | | 502.05 |
| Account No. 5582 5086 1141 9570 | | | | | Charge account | | | | |
| Chase Ink Cardmember Services PO Box 1515 Wilmington, DE 19886-5153 | X | - | | | | | | | 3,674.16 |

Sheet no. _4___ of _14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,263.46

B6F (Official Form 6F) (12/07) - Cont.

In re **Midwest Therapy Associates Inc.** _____, Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Cheek Law Offices**<br>c/o Aaron J. Wilson, Esq.<br>471 E. Broad St., 12th Fl.<br>Columbus, OH 43215 | | - | NOTICE ONLY- represents creditor garnishing wages from Debtor former employee Roy B. Boots | | | | 0.00 |
| Account No. <br><br>**Chris Mitchell**<br>638 S. Alpha-Bellbrook Rd.<br>Bellbrook, OH 45305 | | - | Plowing services | | | | 600.00 |
| Account No. 9372999337367 <br><br>**Cincinnati Bell**<br>PO Box 748003<br>Cincinnati, OH 45274 | | - | | | | | 1,327.18 |
| Account No. 12127 <br><br>**Cincinnati Bell Technology Solutions**<br>1507 Solutions Center<br>Chicago, IL 60677-1005 | | - | | | | | 1,569.15 |
| Account No. 652005778 <br><br>**Cincinnati Bell Wireless**<br>PO Box 1199<br>Cincinnati, OH 45201 | | - | | | | | 1,643.15 |

Sheet no. __5__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 5,139.48

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re   **Midwest Therapy Associates Inc.**                                    ,     Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5466-1602-3584-7173** | | | Charge account | | | | |
| **CITI Advantage CITI Cards PO Box 183051 Columbus, OH 43218** | X | - | | | | | 21,298.48 |
| Account No. **4260515** | | | NOTICE ONLY | | | | |
| **Credit Management Company 2121 Noblestown Road Pittsburgh, PA 15205** | | - | | | | | 0.00 |
| Account No. **8607455550 0** | | | Services | | | | |
| **Dayton Power and Light PO Box 740598 Cincinnati, OH 45274** | | - | | | | | 909.42 |
| Account No. **7711572788** | | | Services | | | | |
| **Dayton Power and Light PO Box 740598 Cincinnati, OH 45274** | | - | | | | | 624.76 |
| Account No. **6011-3985-7197-2464** | | | Charge account | | | | |
| **Discover Business PO Box 6103 Carol Stream, IL 60197-6103** | X | - | | | | | 1,336.62 |

Sheet no. __6__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **24,169.28**

In re  **Midwest Therapy Associates Inc.**            ,    Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 00000652005778 <br><br>**Diversified Adjustment Services, Inc.**<br>**PO Box 32145**<br>**Firdley, MN 55432** | - | | | | **NOTICE ONLY** | | | | **0.00** |
| Account No. <br><br>**Dolphin Capital**<br>**1720A Crete St**<br>**Moberly, MO 65270** | - | | | | **Lease of water cooler (has been returned to lessor)** | | | | **Unknown** |
| Account No. 019-4761351-001 <br><br>**Dolphin Capital Corp.**<br>**PO Box 644006**<br>**Cincinnati, OH 45264-4006** | - | | | | | | | | **218.78** |
| Account No. <br><br>**DSM Supply LLC**<br>**PO Box 699**<br>**Grapevine, TX 76099** | - | | | | | | | | **210.80** |
| Account No. 54017 <br><br>**Emtech Laboratories, Inc.**<br>**PO Box 12900**<br>**Roanoke, VA 24022** | - | | | | | | | | **51.85** |

Sheet no. __7__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **481.43**

In re  **Midwest Therapy Associates Inc.** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**FIA Card Services**<br>**PO Box 15019**<br>**Wilmington, DE 19850** | - | | | NOTICE ONLY | | | | 0.00 |
| Account No.<br><br>**First Data Global Leasing**<br>**Box 173845**<br>**Denver, CO 80217** | - | | | | | | | 55.57 |
| Account No.<br><br>**Galatek**<br>**Henanado Corporate Air Park**<br>**PO Box 15489**<br>**Brooksville, FL 34604-5489** | - | | | | | | | 309.76 |
| Account No. **297107**<br><br>**GB Collects, LLC**<br>**145 Bradford Dr.**<br>**West Berlin, NJ 08091-9269** | - | | | NOTICE ONLY | | | | 0.00 |
| Account No. **MID425**<br><br>**Gordon N. Stowe & Associates**<br>**586 Palwaukee Drive**<br>**Wheeling, IL 60090** | - | | | | | | | 456.08 |

Sheet no. __8__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

821.41

In re  **Midwest Therapy Associates Inc.** _____,   Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **G 00-445002** | | | | | | | |
| **Guardian Midwest Regional Office PO Box 8012 Appleton, WI 54912-8012** | - | | | | | | **1,146.44** |
| Account No. **218213576992** | | | | | | | |
| **Huntington Merchant Services PO Box 17548 Denver, CO 80217** | - | | | | | | **448.93** |
| Account No. | | | Loan from shareholder | | | | |
| **Jeffrey T. Joyner 3171 Spillway Ct. Bellbrook, OH 45305** | - | | | | | | **400,000.00** |
| Account No. **5865908** | | | NOTICE ONLY | | | | |
| **Joseph Mann & Creed 20600 Chagrin Blvd. Suite 550 Shaker Heights, OH 44122-5340** | - | | | | | | **0.00** |
| Account No. | | | Re: DSM Supply LLC   NOTICE ONLY | | | | |
| **KD Factors*& Financial Services LLC PO Box 699 Grapevine, TX 76099** | - | | | | | | **0.00** |

Sheet no. __9__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **401,595.37**

In re  **Midwest Therapy Associates Inc.** _____,  Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kettering Health Network Home Care** <br> **4428 Indian Ripple Road** <br> **Dayton, OH 45440** | | - | | | | | **2,265.00** |
| Account No. <br><br> **Kramer & Associates** <br> **c/o Matthew Weiss** <br> **401 Hackensack Ave., Ninth Fl.** <br> **Hackensack, NJ 07601** | | - | NOTICE ONLY | | | | **0.00** |
| Account No. 4798-5100-3935-7757 <br><br> **Liberty Savings** <br> **Cardmember Services** <br> **PO Box 6353** <br> **Fargo, ND 58125-6353** | X | - | Charge account | | | | **8,538.22** |
| Account No. <br><br> **McCarthy, Burges & Wolff** <br> **26000 Cannon Road** <br> **Cleveland, OH 44146** | | - | NOTICE ONLY | | | | **0.00** |
| Account No. 13574990-000 <br><br> **Medco Supply Company** <br> **PO Box 21773** <br> **Chicago, IL 60673-1217** | | - | | | | | **226.25** |

Sheet no. __10__ of __14__ sheets attached to Schedule of       Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)          **11,029.47**

In re  **Midwest Therapy Associates Inc.**  ,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1363** | | | | | | | |
| **Microtech**<br>**PO Box 9457**<br>**Minneapolis, MN 55440-9878** | - | | | | | | 10,106.97 |
| Account No. **248441-620132** | | | Services | | | | |
| **Montgomery County Water Services**<br>**1850 Spaulding Road**<br>**Dayton, OH 45432** | - | | | | | | 329.97 |
| Account No. **21595** | | | | | | | |
| **Oaktree Products, Inc.**<br>**716 Crown Industrial Court**<br>**Chesterfield, MO 63005** | - | | | | | | 100.97 |
| Account No. **14543** | | | | | | | |
| **Oticon**<br>**PO Box 8500-52843**<br>**Philadelphia, PA 19178-2843** | - | | | | | | 788.92 |
| Account No. **1533340** | | | | | | | |
| **Pearson**<br>**13036 Collection Center Drive**<br>**Chicago, IL 60693** | - | | | | | | 131.80 |

Sheet no. __11__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,458.63

In re __Midwest Therapy Associates Inc._____,     Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **641608** <br><br>**Pitney Bowes** <br>**2225 American Drive** <br>**Neenah, WI 54956** | - | | | | | | 260.00 |
| Account No. <br><br>**Pitney Bowes Purchase Power** <br>**PO Box 5135** <br>**Shelton, CT 06484** | - | | **NOTICE ONLY** | | | | 0.00 |
| Account No. **6099 001** <br><br>**Pohlman & Talmage CPAs Inc.** <br>**3445 South Dixie Drive** <br>**Suite 200** <br>**Dayton, OH 45439** | - | | | | | | 3,800.08 |
| Account No. <br><br>**Prosource** <br>**4720 Glendale-Milford Rd.** <br>**Cincinnati, OH 45242** | - | | | | | | 428.41 |
| Account No. <br><br>**Russell Business Forms** <br>**196 Joy Elizabeth Drive** <br>**Dayton, OH 45458** | - | | | | | | 305.71 |

Sheet no. __12__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     4,794.20

In re **Midwest Therapy Associates Inc.** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **104524399** <br><br> **Sammons Preston Patterson Medical 1000 Remington Blvd. Suite 210 Bolingbrook, IL 60440-5117** | - | | | | | | 896.47 |
| Account No. **119692** <br><br> **Siemens Hearing Instruments Inc. PO Box 1397 10 Constitution Avenue Piscataway, NJ 08855-1397** | - | | | | | | 8,377.32 |
| Account No. **70056888** <br><br> **Sonic Innovations PO Box 573630 Salt Lake City, UT 84157-3630** | - | | | | | | 44.38 |
| Account No. <br><br> **United Health Care Ins. Co. Oldsmar Service Center PO Box 30555 Salt Lake City, UT 84130** | - | | | | | | 50.00 |
| Account No. <br><br> **Vectren Energy Delivery PO Box 6262 Indianapolis, IN 46206** | - | | Services | | | | 788.61 |

Sheet no. __13__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **10,156.78**

In re   **Midwest Therapy Associates Inc.**,      Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Vectren Energy Delivery**<br>**PO Box 6262**<br>**Indianapolis, IN 46206** | - | | **Services** | | | | 313.47 |
| Account No. **4044031**<br><br>**Vengroff, Williams & Associates, Inc.**<br>**PO Box 4155**<br>**Sarasota, FL 34230** | - | | **NOTICE ONLY** | | | | 0.00 |
| Account No. **3959551**<br><br>**Virtuoso Sourcing Group**<br>**PO Box 5818**<br>**Denver, CO 80217** | - | | **NOTICE ONLY** | | | | 0.00 |
| Account No. **281424**<br><br>**Widex Hearing Aid Company**<br>**35-53 34th Street**<br>**Astoria, NY 11106** | - | | | | | | 111.00 |
| Account No.<br><br>**ZirMed**<br>**888 West Market Street**<br>**4th Floor**<br>**Louisville, KY 40202** | - | | | | | | 599.05 |

Sheet no. __14__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 1,023.52 |
| Total (Report on Summary of Schedules) | 657,168.98 |

In re    **Midwest Therapy Associates Inc.**                ,    Case No. _____

                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **A-Abel**<br>**440 Congress Park Drive**<br>**Dayton, OH 45429** | **Lease on premises at 3122 Wilmington Pike, Kettering, Ohio** |
| **First Data Global Leasing**<br>**PO Box 173856**<br>**Denver, CO 80217** | **Lease** |
| **IKON Financial Services**<br>**PO Box 9115**<br>**Macon, GA 31208-9115** | **Lease on copiers** |
| **Pitney Bowes Purchase Power**<br>**PO Box 5135**<br>**Shelton, CT 06484-7135** | **Lease on postage equipment** |
| **TCF Equipment Finance**<br>**11100 Wayzata Boulevard**<br>**Suite 801**<br>**Minnetonka, MN 55305** | **Lease on audiology equipment (Euro Scan).**<br>**Lease assigned to TCF Equipment Finance Inc. by Popular Equipment Finance Inc.** |
| **US Bank Office Equipment Finance**<br>**1310 Madrid Street**<br>**Suite 1**<br>**Marshall, MN 56258** | **Lease on copier and scanner equipment** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Midwest Therapy Associates Inc.** _____ ,    Case No. _____

                                 Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Jeffrey T. Joyner<br>3171 Spillway Ct.<br>Bellbrook, OH 45305 | Advanta<br>Advanta Bank Corp<br>PO Box 8088<br>Philadelphia, PA 19101-8088 |
| Jeffrey T. Joyner<br>3171 Spillway Ct.<br>Bellbrook, OH 45305 | American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 |
| Jeffrey T. Joyner<br>3171 Spillway Ct.<br>Bellbrook, OH 45305 | B of A World Points<br>PO Box 15026<br>Wilmington, DE 19850-5026 |
| Jeffrey T. Joyner<br>3171 Spillway Ct.<br>Bellbrook, OH 45305 | B of A World Points<br>Business Card<br>PO Box 15710<br>Wilmington, DE 19886-5710 |
| Jeffrey T. Joyner<br>3171 Spillway Ct.<br>Bellbrook, OH 45305 | Capital One<br>Capital One Bank<br>PO Box 60599<br>City of Industry, CA 91716-0599 |
| Jeffrey T. Joyner<br>3171 Spillway Ct.<br>Bellbrook, OH 45305 | Chase<br>PO Box 15298<br>Wilmington, DE 19850-5296 |
| Jeffrey T. Joyner<br>3171 Spillway Ct.<br>Bellbrook, OH 45305 | Chase<br>Cardmember Services<br>PO Box 15153<br>Wilmington, DE 19886-5153 |
| Jeffrey T. Joyner<br>3171 Spillway Ct.<br>Bellbrook, OH 45305 | Chase Ink<br>Cardmember Services<br>PO Box 1515<br>Wilmington, DE 19886-5153 |
| Jeffrey T. Joyner<br>3171 Spillway Ct.<br>Bellbrook, OH 45305 | CITI Advantage<br>CITI Cards<br>PO Box 183051<br>Columbus, OH 43218 |
| Jeffrey T. Joyner<br>3171 Spillway Ct.<br>Bellbrook, OH 45305 | Discover Business<br>PO Box 6103<br>Carol Stream, IL 60197-6103 |

**1**

____ continuation sheets attached to Schedule of Codebtors

In re __Midwest Therapy Associates Inc._____, Case No. _____

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jeffrey T. Joyner**<br>**3171 Spillway Ct.**<br>**Bellbrook, OH 45305** | **Liberty Savings**<br>**Cardmember Services**<br>**PO Box 6353**<br>**Fargo, ND 58125-6353** |
| **Jeffrey T. Joyner**<br>**3171 Spillway Ct.**<br>**Bellbrook, OH 45305** | **Huntington National Bank**<br>**PO Box 182232**<br>**NC1W32**<br>**Columbus, OH 43229** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

# United States Bankruptcy Court
## Southern District of Ohio Western Division at Dayton

In re    **Midwest Therapy Associates Inc.**                         Case No. _____

                                        Debtor(s)           Chapter     **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**46**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **May 24, 2011** _____        Signature    **/s/ Jeffrey T. Joyner** _____

                                                      **Jeffrey T. Joyner**

                                                      **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Ohio Western Division at Dayton

In re   **Midwest Therapy Associates Inc.**                Case No.

                                     Debtor(s)          Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

     This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

     Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

     *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

     *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,342,265.00** | **2009 (net loss of $65,251)** |
| **$1,462,106.00** | **2008 (net loss of $180,532)** |
| **$1,088,720.00** | **2010 (net loss of $89,142.00)** |
| **$82,860.34** | **2011 YTD (net loss of $2,646.76)  Copy operated one month in 2011 (1/2011)** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Jeffrey T. Joyner**<br><br>**Owner/President** | **Ordinary course net paychecks between 5/2010 through 12/2010** | **$11,582.32** | **$401,475.31** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Huntington Nat'l Bank v. Midwest Therapy Assoc's Inc. et al.**<br>**Case No. 2009-cv-1372** | **Judgment- Cognovit note** | **Greene County Common Pleas Court**<br>**Xenia, Ohio** | **Judgment granted 12/11/09 in amount of $272,674.41 + interest and costs** |

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Huntington National Bank** | **2/4/11** | **Attachment of 2 bank accounts. $19,666.01, as follows:**<br>**2/3/11-$11,732.11**<br>**2/9/11-$75.79**<br>**2/4/11- $5,241.22**<br>**2/9/11-$752.19**<br>**2/14/11-$399.31**<br>**3/24/11-$1,465.39** |

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

#### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

#### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **PAUL H SPAETH CO LPA**<br>**7925 Paragon Rd., Ste. 101**<br>**Centerville, OH 45459** | **1/25/11 (Jeffrey T. Joyner)** | **$1,360.00** |
| **PAUL H SPAETH CO LPA**<br>**7925 Paragon Rd., Ste. 101**<br>**Centerville, OH 45459** | **2/7/11 (Jeffrey T. Joyner)** | **$3,939.00 (includes filing fee of $299.00)** |

#### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

#### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Huntington National Bank** | **2/4/11- 3/24/11** | **19666.01** |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None □ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Jeffrey T. Joyner** | **2009- Present** |
| **3171 Spillway Ct.** | |
| **Bellbrook, OH 45305** | |

NAME AND ADDRESS
DATES SERVICES RENDERED
**Jessica Lee**
**2009- Present**
**1650 Brownleigh Rd.**
**Kettering, OH 45429**

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME           ADDRESS           DATES SERVICES RENDERED

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME           ADDRESS

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS
DATE ISSUED
**Huntington National Bank**
**2009**
**PO Box 182232**
**NC1W32**
**Columbus, OH 43229**

---

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR        DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY        NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS        NATURE OF INTEREST        PERCENTAGE OF INTEREST

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS        TITLE        NATURE AND PERCENTAGE
OF STOCK OWNERSHIP
**Jeffrey T. Joyner**        **President, Secretary, Treasurer**    **100% owner**
**3171 Spillway Ct.**
**Bellbrook, OH 45305**

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME           ADDRESS           DATE OF WITHDRAWAL

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Jeffrey T. Joyner<br>3171 Spillway Ct.<br>Bellbrook, OH 45305** | **Salary** | **$25,688.40 (per W-2 for TY 2010)** |

---

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **May 24, 2011**                    Signature   **/s/ Jeffrey T. Joyner**
                                                         **Jeffrey T. Joyner**
                                                         **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

A-Abel
440 Congress Park Drive
Dayton, OH 45429

A-Abel Exterminating
440 Congress Park Drive
Dayton, OH 45459

Advanta
Advanta Bank Corp
PO Box 8088
Philadelphia, PA 19101-8088

Allied Waste
1577 West River Road
Dayton, OH 45418

Allied Waste Services #260
PO Box 9001099
Louisville, KY 40290

American Express
PO Box 650448
Dallas, TX 75265-0448

American General Life Companies
PO Box 4373
Houston, TX 77210

American Hearing Aid Associates
225 Wilmington-West Chester Pike
Suite 300
Chadds Ford, PA 19317

Angela Wilson
197 Lowell Rd.
Xenia, OH 45385

Anthem Life
Department L-8111
Columbus, OH 43268-8111

AT&T Advertising Solutions
PO Box 8112
Aurora, IL 60507-8112

AT&T Advertising Solutions
PO Box 500452
Saint Louis, MO 63150

Avizent
Frank Gates Services Company
5000 Bradenton Avenue
Dublin, OH 43017

B of A World Points
PO Box 15026
Wilmington, DE 19850-5026

B of A World Points
Business Card
PO Box 15710
Wilmington, DE 19886-5710

B of A World Points
PO Box 15019
Wilmington, DE 19886-5019

BANK OF AMERICA
PO BOX 5270
CAROL STREAM, IL 60197-5270

Benjamin and Elizabeth Joyner
1099 Lockwood Rd.
Barberton, OH 44203

Capital Management Services LP
for Home Depot
726 Exchange St., Suite 700
Buffalo, NY 14210

Capital One
Capital One Bank
PO Box 60599
City of Industry, CA 91716-0599

Chase
PO Box 15298
Wilmington, DE 19850-5296

Chase
Cardmember Services
PO Box 15153
Wilmington, DE 19886-5153

Chase Ink
Cardmember Services
PO Box 1515
Wilmington, DE 19886-5153

Cheek Law Offices
c/o Aaron J. Wilson, Esq.
471 E. Broad St., 12th Fl.
Columbus, OH 43215

Chris Mitchell
638 S. Alpha-Bellbrook Rd.
Bellbrook, OH 45305

Chun Chu
2057 Grice Lane
Kettering, OH 45429

Cincinnati Bell
PO Box 748003
Cincinnati, OH 45274

Cincinnati Bell Technology Solutions
1507 Solutions Center
Chicago, IL 60677-1005

Cincinnati Bell Wireless
PO Box 1199
Cincinnati, OH 45201

CITI Advantage
CITI Cards
PO Box 183051
Columbus, OH 43218

City of Centerville
Tax Department
100 W. Spring Valley
Centerville, OH 45458

City of Fairborn
44 W. Hebble Ave
Fairborn, OH 45324

City of Kettering
Department of Taxation
3600 Shroyer Road
Kettering, OH 45429

City of Valley View
6848 Hathaway Rd.
Valley View, OH 44125

CITY OF XENIA
DEPT OF INCOME TAXATION
101 N DETROIT STREET
XENIA, OH 45385

Credit Management Company
2121 Noblestown Road
Pittsburgh, PA 15205

Dayton Power and Light
PO Box 740598
Cincinnati, OH 45274

Discover Business
PO Box 6103
Carol Stream, IL 60197-6103

Diversified Adjustment Services, Inc.
PO Box 32145
Firdley, MN 55432

Dolphin Capital
1720A Crete St
Moberly, MO 65270

Dolphin Capital Corp.
PO Box 644006
Cincinnati, OH 45264-4006

Douglas Clark
431 Coronado Trl
Enon, OH 45323

DSM Supply LLC
PO Box 699
Grapevine, TX 76099

Emtech Laboratories, Inc.
PO Box 12900
Roanoke, VA 24022

FIA Card Services
PO Box 15019
Wilmington, DE 19850

FIRST DATA GLOBAL LEASING
PO Box 173856
Denver, CO 80217

First Data Global Leasing
Box 173845
Denver, CO 80217

Galatek
Henanado Corporate Air Park
PO Box 15489
Brooksville, FL 34604-5489

GB Collects, LLC
145 Bradford Dr.
West Berlin, NJ 08091-9269

Gordon N. Stowe & Associates
586 Palwaukee Drive
Wheeling, IL 60090

Greene County Common Pleas Court
45 N Detroit St.
Xenia, OH 45385

Guardian
Midwest Regional Office
PO Box 8012
Appleton, WI 54912-8012

Huntington Merchant Services
PO Box 17548
Denver, CO 80217

Huntington National Bank
PO Box 182232
NC1W32
Columbus, OH 43229

Huntington National Bank
Attn: Bankruptcy Dept
PO Box 89424
Cleveland, OH 44101

IKON Financial Services
PO Box 9115
Macon, GA 31208-9115

INTERNAL REVENUE SERVICE
Insolvencies
PO Box 7346
Philadelphia, PA 19101

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

James Pritt
2040 Broken Trail
Springfield, OH 45502

Jeffrey T. Joyner
3171 Spillway Ct.
Bellbrook, OH 45305

Jessica Buchanan
8740 Castlecreek Dr.
Centerville, OH 45458

Jessica Lee
1650 Brownleigh Rd.
Kettering, OH 45429

John P. Clemons, Esq.
Weltman Weinberg & Reis
525 Vine St. #800
Cincinnati, OH 45202

John Pearson
95 Bishopsbate Dr.
#114
Cincinnati, OH 45246

Joseph Mann & Creed
20600 Chagrin Blvd.
Suite 550
Shaker Heights, OH 44122-5340

Joy King
4285 Amston Dr.
Dayton, OH 45424

Judith Baker
6307 Kingsbury Dr.
Huber Heights, OH 45424

Karen Clark
727 Greenlawn Ave.
Dayton, OH 45403

Katie Dix Evans
306 Galewood Drive
New Carlisle, OH 45344

KD Factors*& Financial Services LLC
PO Box 699
Grapevine, TX 76099

Kettering Health Network Home Care
4428 Indian Ripple Road
Dayton, OH 45440

Kramer & Associates
c/o Matthew Weiss
401 Hackensack Ave., Ninth Fl.
Hackensack, NJ 07601

Liberty Savings
Cardmember Services
PO Box 6353
Fargo, ND 58125-6353

Manya Greene
PO Box 292340
Kettering, OH 45429

Marc Seitz
233 Napoleon Dr.
Kettering, OH 45429

McCarthy, Burges & Wolff
26000 Cannon Road
Cleveland, OH 44146

```
Medco Supply Company
PO Box 21773
Chicago, IL 60673-1217

Microtech
PO Box 9457
Minneapolis, MN 55440-9878

Montgomery County Water Services
1850 Spaulding Road
Dayton, OH 45432

Oaktree Products, Inc.
716 Crown Industrial Court
Chesterfield, MO 63005

OHIO ATTORNEY GENERAL
COLLECTIONS ENFORCEMT SECTION
ATTN: BANKRUPTCY UNIT
150 E. GAY ST., 21st FLOOR
COLUMBUS, OH 43215

Ohio Bureau of Workers' Compensation
Attn: Law Section Bankruptcy Unit
PO Box 15567
Columbus, OH 43215-0567

Ohio Child Support Central
PO Box 182372
Columbus, OH 43218

OHIO DEPARTMENT OF TAXATION
ATTN: BANKRUPTCY DIVISION
PO BOX 530
Columbus, OH 43216-0530

Ohio Dept of Job & Family Services
Collections Section
PO Box 182404
Columbus, OH 43218-2404

Ohio Dept. of Job and Family Services
30 E. Broad St.
32nd Floor
Columbus, OH 43215

Olivia Ruef
4385 Wehner Dr.
Kettering, OH 45429

Oticon
PO Box 8500-52843
Philadelphia, PA 19178-2843
```

Patricia Wunder
4532 Renwood Dr.
Kettering, OH 45429

Paula Maloney
4202 Country Glen Circle
Beavercreek, OH 45432

Pearson
13036 Collection Center Drive
Chicago, IL 60693

Pitney Bowes
2225 American Drive
Neenah, WI 54956

Pitney Bowes Purchase Power
PO Box 5135
Shelton, CT 06484-7135

Pitney Bowes Purchase Power
PO Box 5135
Shelton, CT 06484

Pohlman & Talmage CPAs Inc.
3445 South Dixie Drive
Suite 200
Dayton, OH 45439

Prosource
4720 Glendale-Milford Rd.
Cincinnati, OH 45242

Rebecca Florkey
375 N. Third St.
Fairborn, OH 45324

Roy Boots
2072 Richfield Dr.
Kettering, OH 45420

Russell Business Forms
196 Joy Elizabeth Drive
Dayton, OH 45458

Sammons Preston
Patterson Medical
1000 Remington Blvd.
Suite 210
Bolingbrook, IL 60440-5117

Sara Stump
4400 Airway Rd.
Riverside, OH 45431

Siemens Hearing Instruments Inc.
PO Box 1397
10 Constitution Avenue
Piscataway, NJ 08855-1397

Sonic Innovations
PO Box 573630
Salt Lake City, UT 84157-3630

State of Ohio, Dept of Commerce
Bureau of Labor & Worker Safety
PO Box 4009
6606 Tussing Rd.
Reynoldsburg, OH 43068-9009

Tanya Sheel
2320 Foxhill Dr. 2A
Miamisburg, OH 45342

TCF Equipment Finance
11100 Wayzata Blvd.
Suite 801
Hopkins, MN 55305

TCF Equipment Finance
11100 Wayzata Boulevard
Suite 801
Minnetonka, MN 55305

United Health Care Ins. Co.
Oldsmar Service Center
PO Box 30555
Salt Lake City, UT 84130

US ATTORNEY
602 FEDERAL BUILDING
200 WEST SECOND STREET
Dayton, OH 45402

US ATTORNEY GENERAL
MAIN JUSTICE BLDG RM 5111
10TH & CONSTITUTION AVE NW
WASHINGTON, DC 20530

US Bank Office Equipment Finance
1310 Madrid Street
Suite 1
Marshall, MN 56258

Vectren Energy Delivery
PO Box 6262
Indianapolis, IN 46206

Vengroff, Williams & Associates, Inc.
PO Box 4155
Sarasota, FL 34230

Virtuoso Sourcing Group
PO Box 5818
Denver, CO 80217

Widex Hearing Aid Company
35-53 34th Street
Astoria, NY 11106

ZirMed
888 West Market Street
4th Floor
Louisville, KY 40202

# United States Bankruptcy Court
## Southern District of Ohio Western Division at Dayton

In re  **Midwest Therapy Associates Inc.**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Midwest Therapy Associates Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 24, 2011**

Date

**/s/ Paul H. Spaeth**

**Paul H. Spaeth**

Signature of Attorney or Litigant

Counsel for   **Midwest Therapy Associates Inc.**

**Paul H. Spaeth Co., L.P.A.**
**7925 Paragon Rd., Ste. 101**
**Dayton, OH 45459**
**(937) 223-1655 Fax:(937) 223-1656**
**spaethlaw@phslaw.com**